UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 22-467-GW-SHKx | Date | October 31, 2022 |
|---|---|---|---|
| Title | *Latanya Williams v. WLC Partnership Properties LLC, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present                                                None Present

**PROCEEDINGS :    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 28, 2022, Plaintiff Latanya Williams filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for December 1, 2022 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on November 30, 2022.

:

Initials of Preparer    JG